# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ANTHONY GIL,<br><br>    Petitioner,<br><br> v.<br><br>KELLY SANTORO,<br><br>    Respondent. | Case No. CV 15-04244 ODW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) petitioner's request for an evidentiary hearing is denied; and (2) Judgment shall be entered denying the Second Amended Petition and dismissing the action with prejudice.

DATED: June 12, 2017

                    _____
                    OTIS D. WRIGHT, II
                    UNITED STATES DISTRICT JUDGE