# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ANTHONY GIL,<br><br>               Petitioner,<br><br>    v.<br><br>KELLY SANTORO,<br><br>               Respondent. | Case No. CV 15-04244 ODW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and the action is dismissed with prejudice.

DATED: June 12, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE